IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANDREW GRIFFIN**                                                                            **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 3:07-cv-416-WHB-LRA**

**DESKA VARNADO AND**
**MCCOMB POLICE DEPARTMENT**                                   **DEFENDANTS**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  As reflected in the Memorandum Opinion and Order of the Court issued this day, Plaintiff's claims are not cognizable under 42 U.S.C. § 1983. Consequently, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the Prison Litigation Reform Act, it will be counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

SO ORDERED AND ADJUDGED, this the 24th day of October, 2007.

                                               s/William H. Barbour, Jr.
                                               UNITED STATES DISTRICT JUDGE